# United States District Court

for

## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Antonio Lamont Smith</u>          Case Number: <u>3:08-00077</u>

Name of Sentencing Judicial Officer: <u>Honorable Robert L. Echols, Senior U.S. District Judge</u>

Date of Original Sentence: <u>January 5, 2009</u>

Original Offense(s): <u>18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm and 21 U.S.C. § 841(a)(1)</u>

<u>Possession with Intent to Distribute Five Grams or More of Cocaine Base</u>

Original Sentence: <u>60 months' custody and five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>          Date Supervision Commenced: <u>April 30, 2013</u>

Assistant U.S. Attorney: <u>Philip Wehby</u>          Defense Attorney: <u>C. Douglas Thoresen</u>

The Court orders:

- ☒ No Action Necessary at this Time
- ☐ Submit a Request for Modifying the Condition or Term of Supervision
- ☐ Submit a Request for Warrant or Summons
- ☐ Other

Considered this ____5____ day of ____Nov.____, 2013,
and made a part of the records in the above case.

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

_____
U.S. District Judge *CAMPBELL*

Place          Nashville

Date          October 31, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |

**1.**

**The defendant shall participate in a program of drug testing and substance abuse treatment at the direction of the U.S. Probation Office.**
Since beginning supervision, Mr. Smith has failed to report for random drug tests on four separate occasions:

| | |
| --- | --- |
| May 15, 2013 | August 12, 2013 |
| July 16, 2013 | October 8, 2013 |

After each failure to appear, Mr. Smith was immediately contacted by the probation officer. Each time, Mr. Smith reported he either forgot to call the drug testing line to find out if he was scheduled for a random drug test or was working. Subsequent drug tests were given, following each missed drug test, and all results were negative.

**Compliance with Supervision Conditions and Prior Interventions:**
Antonio Lamont Smith is employed and lives with his family in Nashville, Tennessee. Mr. Smith began his term of supervised release on April 30, 2013, and is supervision is due to terminate April 29, 2018.

Mr. Smith was given verbal reprimands after each missed drug test and re-instructed to not miss any future random drug tests. Following his release from custody, he was referred for a substance abuse assessment at Centerstone Mental Health in Madison, Tennessee, and no treatment was recommended at that time. Since the beginning of supervision, Mr. Smith has been drug tested on 19 different occasions, each time with a negative result.

Mr. Smith understands that failure to comply with drug testing is grounds for mandatory revocation and any further violation of this condition may result in a request for a hearing before the Court.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting no additional action be taken by the Court at this time. Assistant U.S. Attorney Philip Wehby has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer